| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>*Robert L. Schmidt*     *RS-5795*<br>AST & SCHMIDT, P.C.<br>222 Ridgedale Avenue<br>P.O. Box 1309<br>Morristown, NJ  07962-1309<br>(973) 984-1300 | Order Filed on April 3, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey<br><br>Case No.: 12-20056 (SLM)<br><br>Chapter 13 |
| In Re:<br><br>     VICTOR DaSILVA and<br>     IRENE DaSILVA,<br><br>          Debtors. | The Honorable Stacey L. Meisel<br><br><br>Hearing Date: March 8, 2017 |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 3, 2017

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor:          DaSILVA, Victor & Irene
Case No:         12-20056 (SLM)
Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

---

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is hereby:

**ORDERED** that the applicant, Ast & Schmidt, P.C., is allowed fees in the amount of $4,357.50 for additional services rendered. The allowance shall be payable:

    __X__    through the Chapter 13 plan as an administrative priority. There shall be no increase in plan payments.

    _____    outside the plan; and it is further

**ORDERED** that the Applicant acknowledges that there will not be enough funds on hand to be paid in full through the plan. The Applicant is willing to limit this allowance to funds available through the plan.

-2-

Z:\DAA Data\Data\CHAP13\DaSilva, V&I\Fee App\Proposed Order 170202.wpd