| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>*Robert L. Schmidt    RS-5795*<br>AST & SCHMIDT, P.C.<br>222 Ridgedale Avenue<br>P.O. Box 1309<br>Morristown, NJ  07962-1309<br>(973) 984-1300 | Order Filed on April 3, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey<br><br>Case No.: 12-20056 (SLM)<br><br>Chapter 13 |
| In Re:<br><br>    VICTOR DaSILVA and<br>    IRENE DaSILVA,<br><br>            Debtors. | The Honorable Stacey L. Meisel<br><br><br>Hearing Date: March 8, 2017 |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 3, 2017

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor:             DaSILVA, Victor & Irene
Case No:            12-20056 (SLM)
Caption of Order:   **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

---

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is hereby:

**ORDERED** that the applicant, Ast & Schmidt, P.C., is allowed fees in the amount of $4,357.50 for additional services rendered. The allowance shall be payable:

  __X__    through the Chapter 13 plan as an administrative priority. There shall be no increase in plan payments.

  _____    outside the plan; and it is further

**ORDERED** that the Applicant acknowledges that there will not be enough funds on hand to be paid in full through the plan. The Applicant is willing to limit this allowance to funds available through the plan.

-2-
Z:\DAA Data\Data\CHAP13\DaSilva, V&I\Fee App\Proposed Order 170202.wpd

United States Bankruptcy Court
District of New Jersey

In re:  
Victor daSilva  
Irene daSilva  
    Debtors

Case No. 12-20056-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 03, 2017  
                      Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.  
db/jdb       +Victor daSilva,   Irene daSilva,   7 Regina Road,   Succasunna, NJ 07876-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:

        David A. Ast   on behalf of Debtor Victor  daSilva david@astschmidtlaw.com,  
         info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
        David A. Ast   on behalf of Joint Debtor Irene  daSilva david@astschmidtlaw.com,  
         info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
        Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA, Inc.  
         mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Robert L. Schmidt   on behalf of Joint Debtor Irene  daSilva robert@astschmidtlaw.com,  
         info@astschmidtlaw.com;david@astschmidtlaw.com  
        Robert L. Schmidt   on behalf of Debtor Victor  daSilva robert@astschmidtlaw.com,  
         info@astschmidtlaw.com;david@astschmidtlaw.com  
                                                                                                                      TOTAL: 7